Michael P Bertholf, OSB #044642
Law Offices of Michael P Bertholf, LLC
108 Mistletoe Street
Medford, Oregon 97501
Phone: (541) 245-9167
Fax: (541) 608-6888
Email: michaelbertholaw@gmail.com
Attorney for Defendant Samuel Amador Ortega

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1 :26-cr-00003-MC |
| Plaintiff, | **DEFENDANT'S UNOPPOSED MOTION TO CONTINUE STATUS DATE** |
| v. | |
| SAMUEL AMADOR ORTEGA, | |
| Defendant. | |

Defendant Samuel Amador Ortega, through counsel, respectfully moves the court for an order continuing the status conference hearing and trial dates in this matter from the currently scheduled dates of July 27, 2026 for Status Conference, and August 18, 2026 for Trial, respectively, for a period of ninety (90) days, or to the next available court dates.

This motion is based on the accompanying Declaration of Michael P Bertholf.

AUSA Merlissa LeRitz does not object to the continuance. Attorney for Oscar Amador Ortega joins this motion. Aldo Melo Amador is currently unrepresented, however representation is being sought for him

RESPECTFULLY SUBMITTED July 23, 2026.

/s/ Michael P Bertholf
Michael P Bertholf OSB #044642
Attorney for Defendant Samuel Amador Ortega