Michael P Bertholf, OSB #044642
Law Offices of Michael P Bertholf, LLC
108 Mistletoe Street
Medford, Oregon 97501
Phone: (541) 245-9167
Fax: (541) 608-6888
Email: michaelbertholaw@gmail.com
Attorney for Defendant Samuel Amador Ortega

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

**MEDFORD DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**SAMUEL AMADOR ORTEGA,**<br><br>**Defendant.** | **No.** 1:26-cr-00003-MC<br><br>**DECLARATION OF MICHAEL BERTHOLF IN SUPPORT OF DEFENDANT'S UNOPPOSED MOTION TO CONTINUE STATUS CONFERENCE AND TRIAL DATES AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |

I, your Declarant Michael P Bertholf, make the following declaration:

1. Your Declarant represents Defendant Samuel Amador Ortega in the above-entitled matter.
2. Your Declarant makes this Declaration in support of "Defendant's Unopposed Motion To Continue Status Conference And Trial Dates And To Exclude Time Pursuant To The Speedy Trial Act."
3. Defendants are in custody.

All Defendants were indicted on January 8, 2026. (ECF 32). They were arraigned, entered a not guilty plea on January 20, 2026. (ECF 50).

4. Your Declarant has discussed this motion with Tonia Moro and she joins in this motion.

5. Defendant Aldo Melo Amador is currently unrepresented and the Federal Public Defender is in the process of finding an attorney to be appointed.

6. Defendant Samuel Rodrigo Melo Santos, represented by Larry Roloff, is set for a change of plea hearing.

7. Your Declarant communicated directly with Assistant United States Attorney Melissa LeRitz, representing the Government in this matter, prior to this motion and learned that she does not oppose this motion.

8. This is the third motion for a continuance in this matter. The Government has not to date requested any continuances.

9. Defendants do not make this motion for the purpose of delay.

10. Defendants seek to continue the status conference and trial date in order to continue settlement negotiations with the Government in order to avoid a lengthy trial and also discovery continues to be provided to Defendants that must be reviewed prior to any change of plea.

I, Michael P Bertholf, declare that the above statements are true to the best of my knowledge and belief and that I understand that they are made for use as evidence in court and are subject to penalty for perjury.

Respectfully submitted this 23rd day of July, 2026.

/s/ Michael P. Bertholf
Michael P. Bertholf, OSB #044642
Attorney for Defendant Samuel Amador Ortega